# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### (973) 776-7700

**CHAMBERS OF**
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
**50 WALNUT STREET, ROOM 2060**
**NEWARK, NJ 07102**

July 12, 2021

## LETTER ORDER

Re: **NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION et al v. E.I. DU PONT DE NEMOURS AND COMPANY et al**
**Civil Action No. 19-14758 (JMV)**
**Civil Action No. 19-14766 (RMB)**
**Civil Action No. 19-14767 (MAS)**
**Civil Action No. 19-14765 (NLH)**

Dear Counsel:

The Court is in receipt of joint letter from the parties dated July 9, 2021 [ECF No. 140] identifying a number of issues to discuss with the Court. With respect to the joint letter, the Court orders the following:

1. The Court will address the first issue regarding the entire controversy doctrine during the upcoming telephone conference on **July 14, 2021 at 12:00 P.M.**

2. With respect to the remaining issues, the parties shall engage in a meet and confer on the prior PFOA-related discovery and the alleged deficiencies in Old DuPont/Chemours/Chemours FC responses to discovery. If any issues remain, the parties shall file a joint letter of no more than **seven (7) pages** outlining their respective positions by no later than **August 11, 2021**.

3. The Court will address any remaining discovery issues at a telephone status conference on **August 25, 2021 at 12:00 P.M.** Counsel for Plaintiff is directed to initiate the call.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**