

Park 80 West-Plaza One    (201) 845-9600 Main
250 Pehle Avenue    (201) 845-9423 Fax
Suite 401
Saddle Brook, NJ 07663

Attorneys at Law    njlawfirm.com

Leonard Z. Kaufmann, Esq.
lzk@njlawfirm.com

December 1, 2021

**Via ECF**
Hon. John Michael Vazquez, U.S.D.J.
United States District Court, District of New Jersey Newark
Frank R. Lautenberg U.S.P.O. & Courthouse
2 Federal Square, Room 417
Newark, New Jersey 07102

       Re:    **New Jersey Department of Environmental Protection, et al. v. E. I. Du Pont De Nemours and Company, et al. Civil Action No.: 2:19-14758-JMV-JBC**

Dear Judge Vasquez,

We represent Plaintiffs in the above-named matter. Currently before the Court is the motion by Defendants, E. I. Du Pont De Nemours and Company, Corteva, Inc., and DuPont De Nemours, Inc., to dismiss, in part, Count III of the Chambers Works Second Amended Complaint. That motion was filed on November 24, 2021, Docket No. 174 and is currently returnable December 20, 2021.

The parties jointly request that the Court establish the following schedule for the opposition and reply briefs:

- Opposition papers shall be filed no later than January 10, 2022
- Reply papers shall be filed no later than February 7, 2022

If the following meets with the Court's approval, we respectfully request that the Court enter this as an Order.



Hon. John Michael Vazquez, U.S.D.J.
December 1, 2021
Page 2

We thank the Court for its consideration.

          Respectfully,

          *s/Leonard Z. Kaufmann*

LZK:sl          Leonard Z. Kaufmann, Esq.

cc:  All Counsel via ECF


So Ordered:*

_____
Hon. John Michael Vazquez, U.S.D.J.

*Request granted.
The court will administratively terminate the motion filed at D.E.174 and will reinstate it to the active docket on January 10, 2022.