**Not for Publication**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al.

*Plaintiffs*,

v.

E.I. DU PONT DE NEMOURS AND COMPANY, et al.

*Defendants*.

Civil Action No. 19-14758

**ORDER**

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion and good cause shown,

IT IS on this 8th day of December, 2021.

**ORDERED** that Movants' Motion, D.E. 88, is **DENIED** in order to permit jurisdictional discovery; and it further

**ORDERED** that the parties shall engage in limited jurisdictional discovery. The Court will hold a conference call on December 9, 2021 at 2:00 p.m. to discuss with the parties the scope of the discovery; and it is further

**ORDERED** that upon the completion of jurisdictional discovery, Movants may renew their motion.

_____
John Michael Vazquez, U.S.D.J.